**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND; MONTGOMERY COUNTY, MARYLAND POLICE DEPARTMENT; MONTGOMERY COUNTY, MARYLAND SHERIFF'S OFFICE; and MAXWELL C. UY, in his official capacity as Sheriff of Montgomery County, Maryland,<br><br>Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. ________________ |

**<u>NOTICE OF RELATED CASES</u>**

Plaintiff hereby notifies the court that the following are "related cases" as that term is used in Local Rule 103.1(b):

*Barreto v. Montgomery County, Maryland*, case no. 8:26-cv-2912.

*Silver Spring Jewish Center, Inc. v. Montgomery County, Maryland*, case no. 8:26-cv-2963.

Respectfully submitted this 3rd day of August 2026.

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

*/s/ Gregory Dolin*
GREGORY DOLIN
Senior Counsel

WILLIAM J. HANRAHAN
PATRICK TODD
KEITH GAINES
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530
Telephone:(202) 304-8447
E-Mail: gregory.dolin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA