**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MONTGOMERY COUNTY, MARYLAND; | ) | Case No. 8:26-cv-03025 |
| MONTGOMERY COUNTY, MARYLAND | ) | |
| POLICE DEPARTMENT; MONTGOMERY | ) | |
| COUNTY, MARYLAND SHERIFF'S OFFICE; | ) | |
| and MAXWELL C. UY, in his official capacity as | ) | |
| Sheriff of Montgomery County, Maryland, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR PRELIMINARY INJUNCTION

Plaintiff the United States of America respectfully moves this Court to enter a Preliminary Injunction against Defendants Montgomery County, Maryland (Montgomery County), Montgomery County Police Department (MCPD), Montgomery County Sheriff's Office (MCSO), and Maxwell C. Uy in his official capacity as Sheriff of Montgomery County, Maryland, barring them from enforcing Montgomery County Expedited Bill 23-26 (Bill 23-26).  Plaintiff specifically requests the Court to enjoin enforcement of Bill 23-26.

As set forth in the accompanying memorandum, Plaintiff is likely to succeed on the merits of its constitutional claims, it is suffering irreparable injury, and the balance of equities and the public interest favor injunctive relief.

Respectfully submitted this 3rd day of August 2026.

HARMEET K.  DHILLON
Assistant Attorney General
Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R.  JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

*/s/ Gregory Dolin*
GREGORY DOLIN
Senior Counsel

WILLIAM J.  HANRAHAN
PATRICK TODD
KEITH GAINES
Trial Attorneys
Second Amendment Section

United States Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C.  20530
Telephone:(202) 304-8447
E-Mail:  gregory.dolin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA