**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>      v.<br><br>MONTGOMERY COUNTY, MARYLAND;<br>MONTGOMERY COUNTY, MARYLAND<br>POLICE DEPARTMENT; MONTGOMERY<br>COUNTY, MARYLAND SHERIFF'S OFFICE;<br>and MAXWELL C. UY, in his official capacity as<br>Sheriff of Montgomery County, Maryland,<br><br>      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)  Case No. 8:26-cv-03025<br>)  _____<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**DECLARATION OF BAYLA Y. SHAPIRO**

1.      My name is Bayla Y. Shapiro.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.      I am a resident of Montgomery County, Maryland.

3.      On July 27, 2026, Montgomery County enacted Expedited Bill No. 23-26 (Bill 23-26).  Bill 23-26 generally prohibits the possession of firearms in or within 100 yards of a place of public assembly, which includes privately-owned places of worship.  Montgomery Cnty., Md. Code §§ 57-11(a), 57-1(1)(B).  This prohibition applies even against individuals who have the express permission of the owner of the place of worship to possess a firearm in the place of worship.

4.      I understand that law enforcement officers in Montgomery County are and will continue to enforce Bill 23-26.

1

5.    I regularly attend religious services.  I would like the opportunity to lawfully carry a firearm for defense of myself and others while attending worship, subject to my compliance with all applicable laws.

6.    I am concerned for my safety and the safety of others now that Montgomery County has left us defenseless against armed attackers.

I, Bayla Y. Shapiro, under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Signature: _Bayla   Shapiro_

Name: Bayla Y. Shapiro
Date: July 31, 2026

2