**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>      )<br>      Plaintiff, )<br>      )<br>   v. )<br>      )<br>MONTGOMERY COUNTY, MARYLAND; )<br>MONTGOMERY COUNTY, MARYLAND )<br>POLICE DEPARTMENT; MONTGOMERY )<br>COUNTY, MARYLAND SHERIFF'S OFFICE; )<br>and MAXWELL C. UY, in his official capacity as )<br>Sheriff of Montgomery County, Maryland, )<br>      )<br>      Defendants. ) | Case No. ___8:26-cv-03025___ |

**DECLARATION OF DAVID L. STONE**

1.      My name is David L. Stone.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.      I am a resident of Montgomery County, Maryland.

3.      On July 27, 2026, Montgomery County enacted Expedited Bill No. 23-26 (Bill 23-26).  Bill 23-26 generally prohibits the possession of firearms in or within 100 yards of a place of public assembly, which includes privately-owned places of worship.  Montgomery Cnty., Md. Code §§ 57-11(a), 57-1(1)(B).  This prohibition applies even against individuals who have the express permission of the owner of the place of worship to possess a firearm in the place of worship.

4.      I understand that law enforcement officers in Montgomery County are and will continue to enforce Bill 23-26.

1

5.    I regularly attend religious services.  I would like the opportunity to lawfully carry a firearm for defense of myself and others while attending worship, subject to my compliance with all applicable laws.

6.    I am concerned for my safety and the safety of others now that Montgomery County has left us defenseless against armed attackers.

I, David L. Stone, under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Signature:  *David L. Stone*

Name: David L. Stone
Date:  July 31, 2026