**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br><br>         Plaintiff,  )<br><br>v.  )<br><br>MONTGOMERY COUNTY, MARYLAND;  )<br>MONTGOMERY COUNTY, MARYLAND  )<br>POLICE DEPARTMENT; MONTGOMERY  )<br>COUNTY, MARYLAND SHERIFF'S OFFICE;  )<br>and MAXWELL C. UY, in his official capacity as  )<br>Sheriff of Montgomery County, Maryland,  )<br><br>         Defendants.  ) | Case No. 8:26-cv-03025 |

**DECLARATION OF _____**

My name is _Jack Leeb PsyD_. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

I am a resident of Montgomery County, Maryland.

On July 27, 2026, Montgomery County enacted Expedited Bill No. 23-26 (Bill 23-26). Bill 23-26 generally prohibits the possession of firearms in or within 100 yards of a place of public assembly, which includes privately-owned places of worship. Montgomery Cnty., Md. Code §§ 57-11(a), 57-1(1)(B). This prohibition applies even against individuals who have the express permission of the owner of the place of worship to possess a firearm in the place of worship.

I understand that law enforcement officers in Montgomery County are and will continue to enforce Bill 23-26.

1

I regularly attend religious services. I would like the opportunity to lawfully carry a firearm for defense of myself and others while attending worship, subject to my compliance with all applicable laws.

I am concerned for my safety and the safety of others now that Montgomery County has left us defenseless against armed attackers.

I, _Jack Loeb Psy_ under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Signature: _____

Name: _____

Date: July 31, 2026

2