**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) |
| MONTGOMERY COUNTY, MARYLAND; | )   Case No. ___8:26-cv-03025___ |
| MONTGOMERY COUNTY, MARYLAND | ) |
| POLICE DEPARTMENT; MONTGOMERY | ) |
| COUNTY, MARYLAND SHERIFF'S OFFICE; | ) |
| and MAXWELL C. UY, in his official capacity as | ) |
| Sheriff of Montgomery County, Maryland, | ) |
| | ) |
| Defendants. | ) |

**DECLARATION OF** ___MICHAEL M. MEDINA___

1.      My name is _Michael M. Medina_.  I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.      I am a resident of Montgomery County, Maryland.

3.      On July 27, 2026, Montgomery County enacted Expedited Bill No. 23-26 (Bill 23-26).  Bill 23-26 generally prohibits the possession of firearms in or within 100 yards of a place of public assembly, which includes privately-owned places of worship.  Montgomery Cnty., Md. Code §§ 57-11(a), 57-1(1)(B).  This prohibition applies even against individuals who have the express permission of the owner of the place of worship to possess a firearm in the place of worship.

4.      I understand that law enforcement officers in Montgomery County are and will continue to enforce Bill 23-26.

1

5.      I regularly attend religious services.  I would like the opportunity to lawfully carry a firearm for defense of myself and others while attending worship, subject to my compliance with all applicable laws.

6.      I am concerned for my safety and the safety of others now that Montgomery County has left us defenseless against armed attackers.

I, _Michael M. Medina__, under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Signature:  _____

Name: _ Michael M. Medina __
Date:  July 31, 2026

2