## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,

   Plaintiff,

  v.

MONTGOMERY COUNTY, MARYLAND;
MONTGOMERY COUNTY, MARYLAND
POLICE DEPARTMENT; MONTGOMERY
COUNTY, MARYLAND SHERIFF'S OFFICE;
and MAXWELL C. UY, in his official capacity as
Sheriff of Montgomery County, Maryland,

   Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. _____

8:26-cv-03025

**DECLARATION OF** _Moses Albert_

1.   My name is _Moses Albert_. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

2.   I am a resident of Montgomery County, Maryland.

3.   On July 27, 2026, Montgomery County enacted Expedited Bill No. 23-26 (Bill 23-26). Bill 23-26 generally prohibits the possession of firearms in or within 100 yards of a place of public assembly, which includes privately-owned places of worship. Montgomery Cnty., Md. Code §§ 57-11(a), 57-1(1)(B). This prohibition applies even against individuals who have the express permission of the owner of the place of worship to possess a firearm in the place of worship.

4.   I understand that law enforcement officers in Montgomery County are and will continue to enforce Bill 23-26.

5.    I regularly attend religious services. I would like the opportunity to lawfully carry a firearm for defense of myself and others while attending worship, subject to my compliance with all applicable laws.

6.    I am concerned for my safety and the safety of others now that Montgomery County has left us defenseless against armed attackers.

I, _Moses Albert_, under 28 U.S.C. § 1746, declare under penalty of perjury that I have reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Signature: _m Albert M D_

Name: _Moses Albert_

Date: July 31, 2026