## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

UNITED STATES OF AMERICA,                    )
                                             )
      Plaintiff,                            )
                                             )
v.                                           )
                                             )
                                             ) Case No. 8:26-cv-03025 _____
MONTGOMERY COUNTY, MARYLAND;                 )
MONTGOMERY COUNTY, MARYLAND POLICE           )
DEPARTMENT; MONTGOMERY COUNTY,               )
MARYLAND SHERIFF'S OFFICE; and               )
MAXWELL C. UY, in his official capacity as Sheriff )
of Montgomery County, Maryland,              )
                                             )
      Defendants.                           )

## DECLARATION OF  Samuel Brainin

My name is __Samuel Brainin__. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

I am a resident of Montgomery County, Maryland.

On July 27, 2026, Montgomery County enacted Expedited Bill No. 23-26 (Bill 23-26). Bill 23-26 generally prohibits the possession of firearms in or within 100 yards of a place of public assembly, which includes privately-owned places of worship. Montgomery Cnty., Md. Code §§ 57-11(a), 57-1(1)(B). This prohibition applies even against individuals who have the express permission of the owner of the place of worship to possess a firearm in the place of worship.

I understand that law enforcement officers in Montgomery County are and will continue to enforce Bill 23-26.

I regularly attend religious services. I would like the opportunity to lawfully carry a firearm for defense of myself and others while attending worship, subject to my compliance with all applicable laws.

I am concerned for my safety and the safety of others now that Montgomery County has left us defenseless against armed attackers.

I, __Samuel Brainin__, under 28 U.S.C. § 1746, declare under penalty of perjury that I have

reviewed the foregoing, that I am competent to testify in this matter, and that the facts contained therein are true and correct.

Signature: _____

Name: _Samuel Bralain_

Date: July 31, 2026