**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND; MONTGOMERY COUNTY, MARYLAND POLICE DEPARTMENT; MONTGOMERY COUNTY, MARYLAND SHERIFF'S OFFICE; and MAXWELL C. UY, in his official capacity as Sheriff of Montgomery County, Maryland,<br><br>Defendants. | ) | Case No. 8:26-cv-3025 |

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MONTGOMERY COUNTY, MARYLAND SHERIFF'S OFFICE WITHOUT PREJUDICE**

WHEREAS Defendant MONTGOMERY COUNTY, MARYLAND SHERIFF'S OFFICE, is not a legal entity subject to suit, *see Revene v. Charles County Comm'rs*, 882 F.2d 870, 874 (4th Cir. 1989), and;

WHEREAS the United States will seek to have any judgment against Defendant MAXWELL C. UY, in his official capacity as Sheriff of Montgomery County, Maryland bind the entire Montgomery County, Maryland Sheriff's Office, and well as Sheriff Uy's successors in office:

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff the United States of America hereby gives notice of their voluntary dismissal, without prejudice, of all claims asserted in this action against Defendant Montgomery County, Maryland Sheriff's Office.

Because Defendant Montgomery County, Maryland Sheriff's Office has not served an answer or a motion for summary judgment in this action, this dismissal is effective upon the filing

of this notice, without leave or order of the Court. Fed. R. Civ. P. 41(a)(1)(A)(i).

This dismissal does not affect Plaintiff's claims against Defendants MONTGOMERY COUNTY, MARYLAND; MONTGOMERY COUNTY, MARYLAND POLICE DEPARTMENT; and MAXWELL C. UY, in his official capacity as Sheriff of Montgomery County, Maryland, all of which remain pending before the Court.

DATED: August 27, 2026

Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General Civil Rights Division

JESUS OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Acting Chief
Second Amendment Section

*/s/ Gregory Dolin*
GREGORY DOLIN
Senior Counsel

WILLIAM J. HANRAHAN
PATRICK TODD
KEITH GAINES
Trial Attorneys
Second Amendment Section
United States Department of Justice 950 Pennsylvania Avenue, NW Washington, D.C. 20530
Telephone:(202) 304-8447
E-Mail: gregory.dolin@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA