**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND; MONTGOMERY COUNTY, MARYLAND POLICE DEPARTMENT; and MAXWELL C. UY, in his official capacity as Sheriff of Montgomery County, Maryland,<br><br>Defendants. | Case No. 8:26-cv-3025-TDC |

**PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiff United States of America submits this Notice of Supplemental Authority to alert the Court to a recent Order in *United States of America v. Los Angeles County Sherrif's Department*, 2:25-cv-09323-SPG-ADS (D. Cal. Sept. 23, 2026), attached hereto as Exhibit A.

This decision is relevant to the pending Rule 12 motion in this case as it demonstrates that federal courts have subject-matter jurisdiction over Second Amendment claims under 34 U.S.C. § 12601. Although this was a consent decree, by issuing an order to enforce the consent decree, the district court has demonstrated that it has subject-matter jurisdiction over Second Amendment claims under 34 U.S.C. § 1260. *See Am. Fire & Cas. Co. v. Finn*, 341 U.S. 6, 16-19 (1950) (holding that parties cannot stipulate to subject-matter jurisdiction and vacating the district court's judgment); *Loc. No. 93, Int'l Ass'n of Firefighters, AFL-CIO C.L.C. v. City of Cleveland*, 478 U.S. 501, 525 (1986) (holding that "… a consent decree must spring from and serve to resolve a dispute within the court's subject-matter jurisdiction."); *see also* Fed. R. Civ. P. 12(h)(3).

DATED: September 25, 2026 Respectfully submitted:

HARMEET K. DHILLON
Assistant Attorney General
Civil Rights Division

R. JONAS GEISSLER
Deputy Assistant Attorney General

BARRY K. ARRINGTON
Chief, Second Amendment Section

*/s/ Patrick Todd*
PATRICK TODD
Trial Attorney

BARRY K. ARRINGTON
Chief
Second Amendment Section

WILLIAM J. HANRAHAN
PATRICK TODD
KEITH GAINES
Trial Attorneys
Second Amendment Section
United States Department of Justice
150 M Street NE
Washington, D.C. 20002
Telephone: (202) 805-8120
E-Mail: patrick.todd@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA