**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONTGOMERY COUNTY, MARYLAND; MONTGOMERY COUNTY, MARYLAND POLICE DEPARTMENT; and MAXWELL C. UY, in his official capacity as Sheriff of Montgomery County, Maryland,<br><br>Defendants. | Case No. 8:26-cv-3025-TDC<br><br>**MOTION TO WITHDRAW GREGORY DOLIN AS COUNSEL FOR THE UNITED STATES OF AMERICA** |

Gregory Dolin, Senior Counsel to the Assistant Attorney General, Civil Rights Division, United States Department of Justice, respectfully moves this Court for an order permitting him to withdraw as counsel for Plaintiff United States of America in this action. In support of this motion, Mr. Dolin states as follows:

1. Mr. Dolin entered an appearance in this matter as Senior Counsel to the Assistant Attorney General on behalf of the United States.
2. The United States will continue to be represented in this action by the following attorneys from the Civil Rights Division: Harmeet K. Dhillon, Assistant Attorney General; Jesus A. Osete, Principal Deputy Assistant Attorney General; R. Jonas Geissler, Deputy Assistant Attorney General; as well as other attorneys with the United States Department of Justice who have already made an appearance on behalf of the United States. These attorneys

will ensure seamless continuation of representation without prejudice to the United States or any party.

3. Withdrawal is sought due to Mr. Dolin's termination of employment with Department of Justice as of October 3, 2026.
4. No trial date or dispositive deadlines are currently set that would be impacted by this withdrawal.
5. The United States consents to this withdrawal.
6. Withdrawal will not delay or prejudice the proceedings.

WHEREFORE, Gregory Dolin respectfully requests that the Court enter an order granting this motion and permitting his withdrawal as counsel of record for the United States in this action.

DATED: October 2, 2026

Respectfully submitted,

HARMEET K. DHILLON
Assistant Attorney General

JESUS A. OSETE
Principal Deputy Assistant Attorney General

R. JONAS GEISSLER
Deputy Assistant Attorney General

*s/ Gregory Dolin*
GREGORY DOLIN (DC No. 497455)
Senior Counsel

Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530
Telephone: (202) 598-9251
Email: gregory.dolin@usdoj.gov

ATTORNEYS FOR PLAINTIFF
UNITED STATES OF AMERICA

**CERTIFICATE OF SERVICE**

I hereby certify that on the 2nd day of October 2026 a true and correct copy of the foregoing was filed with the Clerk of the Court using the Court's CM/ECF electronic filing system, to be served upon all counsel of record.

/s/ *Gregory Dolin*