AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Maryland

United States of America
*Plaintiff*
v.
Montgomery County, Maryland, et al.
*Defendant*

Case No. 8:26-cv-03025-TDC

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff, the United States of America

Date: 10/13/2026

*Attorney's signature*

Mark K. Hellie (MN Bar No. 0346251)
*Printed name and bar number*

U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
*Address*

mark.hellie2@usdoj.gov
*E-mail address*

(771) 224-1665
*Telephone number*

*FAX number*