**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA,

Plaintiff,

v.

MONTGOMERY COUNTY, MARYLAND, MONTGOMERY COUNTY, MARYLAND POLICE DEPARTMENT, and MAXWELL C. UY, *in his official capacity as Sheriff of Montgomery County, Maryland,*

Defendants.

Civil Action No. 26-3025-TDC

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

1. Defendants' Motion to Dismiss, ECF No. 24, is GRANTED, and this case is DISMISSED.
2. Plaintiff's Motion for a Preliminary Injunction, ECF No. 3, is DENIED.
3. The Clerk shall close this case.

Date: November 9, 2026

THEODORE D. CHUANG
United States District Judge